JS 44 (Rev 12/12)

[Reset Form]

# Civil Cover Sheet Input Form

This automated civil cover sheet conforms to the manual civil cover sheet approved by the Judicial Conference. This civil cover sheet information must be submitted separately for each civil complaint filed. The clerk of court requires the information to open cases, assign the judge, and prepare required records. The form does not replace, supplement, or affect any pleadings or other paper required by law or rule.

Instructions for Completing the Civil Cover Sheet (PDF)

**Select Filing District:** New Hampshire

- I. Plaintiff, Defendant, and Attorney
- II. Case Information
- III. Nature of Suit
- IV. Signature
- V. Local Court Modifications

# I. Plaintiff, Defendant, and Attorney

### ADD FIRST PLAINTIFF AND PLAINTIFF ATTORNEY

| Plaintiff(s) | Defendant(s) |
|---|---|
| [Add New Plaintiff] | [Add New Defendant] |
| First Listed: Matthew-Lane: Hassell    EditDelete | First Listed: N.H. Department of Health and Human Services Burea of Child Support Services et al.    EditDelete |
| **Plaintiff Attorney(s)** | **Defendant Attorney(s) (if known)** |
| [Add New Plaintiff Attorney] | [Add New Defendant Attorney] |
| | First Listed: Commissioner Lori A. Weaver et al.    EditDelete |
| | BCSS Chief Staff Attorney, Agent Susan N. Brisson et al.    EditDelete |
| | Agent Betty Raymond et al.    EditDelete |

# II. Case Information

**County Where Claim for Relief Arose:**
Hillsboro County

**Check here if you are filing a motion to proceed in forma pauperis.** ☐

**Does this case challenge the constitutionality of a federal or state statute and neither the U. S., the state, nor their agencies, officers, or employees are parties? (See Fed. R. Civ. P. 5.1)**
No ⌄

**NOTE:** Do not include cases that only allege that the U. S., this state, or any of their agencies have acted unconstitutionally or petitions or complaints filed by persons confined in federal, state, county or municipal penal institutions, jail or mental institutions.

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party) ⌄

**Origin:** 1. Original Proceeding ⌄

**Class Action:**
○ If an original proceeding, is the case being filed under Rule 23, F.R.Cv.P.?
○ If removed from state court, was the case filed as a Class Action under State statute or rule?
● Not filed as a Class Action

**Monetary Demand** (in Thousands):
$6,000,000.00

**Jury Demand** (requested in Complaint):  ● Yes  ○ No

**Cause of Action:** 42 U.S.C. 1983- Deprivation of Constitutional Rights (First, Fourth, Fifth, Seventh, and Fourteenth Amendments); Declaratory and Injunctive Relief under 28 U.S.C. §§ 2201-2202; Supplemental State Constitutional and Statutory Claims; Civil Antitrust Claims under 15 U.S.C. §§ 1 & 15; Conspiracy deprivation of rights under color of law  18 U.S.C. §§ 241 & 242

(Cite the U.S. Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**Related Cases:**
● is not a refiling of a previously dismissed action.
○ is related to case number  656-2022-DM-007 , currently pending before Judge  Barron, Gelpi & Af .
○ is a refiling of case number _____ , previously dismissed by Judge _____ .

# III. Nature of Suit

**Administrative Agency**
○ 899 Administrative Procedures Act/Review or Appeal of Agency Decision

**Agricultural - Title 7 U.S.C.**

**Contracts**
○ 110 Insurance Contracts
○ 120 Marine Contracts
○ 130 Miller Act
○ 195 Warranties
○ 196 Franchise Agreements
○ 190 All Other Contract Actions

**Prisoner Petitions**
*Habeas Corpus*
○ 463 Habeas Corpus - Alien Detainee
○ 510 Motion to Vacate Sentence
○ 530 Habeas Corpus
○ 535 Habeas Corpus - Death Penalty
*Other*

**Tax Suits**
○ 870 Tax Suits (U.S. a party)
○ 871 Third Party Tax Suits

**Torts**
*Personal Injury*
○ 310 Airplane Personal Injury
○ 320 Assault, Libel, Slander

- ○ 891 Agricultural Actions (e.g., PACA)
- ○ 899 Administrative Procedures Act/Review or Appeal of Agency Decision

### Arbitration - Title 9 U.S.C.

- ○ 896 Confirm or Modify Arbitration Award

### Banking and Consumer Credit

- ○ 140 Negotiable Instruments
- ○ 371 Truth in Lending Act
- ○ 430 Banks and Banking
- ○ 480 Fair Credit Reporting Act or Fair Debt Collection Practices Act

### Bankruptcy

- ○ 422 Appeal to District Court
- ○ 423 Withdrawal of Reference

### Business and Commercial

- ○ 160 Shareholder Derivative Actions
- ○ 410 Antitrust
- ○ 450 Interstate Commerce (e.g., Carmack Amendment)
- ○ 850 Securities, Commodities, Exchanges

### Civil Rights - Non Prisoner

- ○ 441 Voting Rights
- ○ 442 Employment
- ○ 443 Housing and Accommodations
- ○ 445 Americans With Disabilities Act - Employment
- ○ 446 Americans with Disabilities Act - All Other
- ○ 448 Education (e.g., IDEA)
- ◉ 440 All Other Civil Rights

### Environmental

- ○ 893 Environmental Matters
- ○ 899 Administrative Procedures Act/Review or Appeal of Agency Decision

### Forfeiture and Penalty

- ○ 625 Drug-Related Seizure of Property (21 U.S.C. 881)
- ○ 690 All Other Forfeiture and Penalty Actions

### Fraud and False Claims

- ○ 370 Fraud Actions
- ○ 375 False Claims Act (31 U.S.C. 3729)

### Freedom of Information Act

- ○ 895 Freedom of Information Act

### Immigration

- ○ 462 Naturalization Applications
- ○ 463 Habeas Corpus - Alien Detainee
- ○ 465 Other Immigration Actions

### Intellectual Property

- ○ 820 Copyright
- ○ 830 Patent
- ○ 840 Trademark

### Labor

- ○ 710 Fair Labor Standards Act
- ○ 720 Labor-Management Relations/Reporting
- ○ 740 Railway Labor
- ○ 751 Family and Medical Leave Act
- ○ 791 ERISA
- ○ 790 Other Labor Actions

- ○ 540 Prisoner Petition for Writ of Mandamus
- ○ 550 Prisoner Civil Rights
- ○ 555 Prison Conditions
- ○ 560 Civil Detainee - Conditions of Confinement

### Real Property

- ○ 210 Land Condemnation
- ○ 220 Foreclosure
- ○ 230 Rent, Lease, and Ejectment
- ○ 240 Torts to Land/Real Property Damage
- ○ 245 Real Property Damage Product Liability
- ○ 290 Other Real Property Actions

### Recovery of Overpayment and Enforcement of Judgments

- ○ 150 Other Recovery Actions/Enforcement of Judgements
- ○ 151 Overpayment of Medicare Benefits
- ○ 152 Defaulted Student Loans
- ○ 153 Overpayment of Veterans' Benefits

### RICO

- ○ 470 Civil RICO Actions

### Social Security Appeals

- ○ 861 Medicare - HIA (1395ff)
- ○ 862 Black Lung
- ○ 863 DWIC/DIWW (405(g))
- ○ 864 SSID Title XVI
- ○ 865 RSI (405(g))

**FOR SOCIAL SECURITY APPEALS ONLY**
If this case seeks review of an application that was previously awarded by this court, please enter the case number:

- ○ 330 FELA (45 U.S.C. 51)
- ○ 340 Jones Act/Marine Personal Injury
- ○ 350 Motor Vehicle Personal Injury
- ○ 362 Medical Malpractice
- ○ 360 Other Personal Injury Actions

### Personal Injury Product Liability

- ○ 245 Real Property Damage Product Liability
- ○ 315 Airplane Product Liability
- ○ 345 Marine Product Liability
- ○ 355 Motor Vehicle Product Liability
- ○ 367 Health Care/Pharmaceutical Product Liability
- ○ 368 Asbestos Product Liability
- ○ 365 Other Personal Injury Product Liability

### Property Damage

- ○ 240 Torts to Land/Real Property Damage
- ○ 245 Real Property Damage Product Liability
- ○ 380 Personal Property Damage
- ○ 385 Personal Property Damage Product Liability

### Other Statutes

- ○ 400 State Reapportionment
- ○ 490 Illegally Accessing Satellite/Cable TV Signals
- ○ 950 Constitutionality of State Statutes
- ○ 890 Other Statutory Actions

# IV. Signature

**Signature of Attorney of Record:** Matthew-Lane: Hassell, Propia Persona Sui Juris   **Date:** 12/29/2025

**NOTE:** After completing the information above, click the "Generate Civil Cover Sheet (JS-44)" button. The generated civil cover sheet will appear in a new window. Please save (or print) the completed form in PDF format and use it to submit your civil cover sheet.

[ Generate Civil Cover Sheet (JS-44) ]

# V. Local Court Modifications

This tab is intended to provide a location for courts to modify the standard form to add information not currently collected on the civil cover sheet. If no such modifications are necessary this tab can be deleted from the form.