UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Matthew-Lane Hassell

    v.

                                                Case No. 25-cv-550-LM-AJ

NH Department of Health and Human Services,
Bureau of Child Support Services, et al.

## ORDER

Plaintiff has filed an "Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Fed. R. Civ. P. 65)" (Doc. No. 2) seeking a Temporary Restraining Order ("TRO") and Preliminary Injunction ("PI") enjoining the defendant state actors from taking certain actions against him, including, among other things, garnishing his wages and initiating adverse credit reporting against him.  Plaintiff asserts that the defendants' ongoing and threatened actions violate his rights under the First and Fourteenth Amendments to the United States Constitution.  Federal Rule of Civil Procedure 65(b) requires a party seeking a TRO, among other things, to "certif[y] in writing any efforts made to give notice and the reasons why [notice] should not be required" in this matter. Fed. R. Civ. P. 65(b)(1)(B).  Plaintiff has not satisfied either of those provisions.  "'[T]he requirements of Rule 65(b)(1) are not mere technicalities but establish minimum due process.  Thus, [t]o obtain ex parte relief, a party must strictly comply with those requirements.'"  Strahan v. O'Reilly, No. 22-cv-52-LM, 2022 U.S. Dist. LEXIS, at *3, 2022 WL 788623, at *1 (D.N.H. Feb. 16, 2022) (citation omitted), R&R adopted, 2022 U.S. Dist. LEXIS 45955, at *1, 2022 WL 788258, at *1 (D.N.H. Mar. 14, 2022).

Accordingly, the motion (Doc. No. 2) is DENIED to the extent it seeks a TRO, without

prejudice to Plaintiff's ability to seek such relief in a motion that complies with Rule 65(b)(1).   The motion is taken under advisement to the extent it seeks a PI.   The court will consider Plaintiff's request for preliminary injunctive relief after Defendants have been served and given an opportunity to respond.

SO ORDERED.

_____
Landya P. McCafferty
United States District Judge

Date: December 31, 2025

cc: Matthew-Lane Hassell, pro so