PELHAM, NH 03076
JAN 02, 2026

9589 0710 5270 2179 2853 39

03301    $21.60

RDC 03    S2322T500339-95

# PRIORITY MAIL



- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup, scan the QR code.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

USPS.COM/PICKUP

## TRACKED ■ INSURED



UNITED STATES POSTAL SERVICE® | PRIORITY MAIL
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Matthew-Lane: Hassell
20 Arlington St. Unit D
Nashua, New Hampshire [03060]

TO: U.S. District Court
District of NH - Clerks Office
55 Pleasant St. Rm 1
Concord, NH 03301

CERTIFIED MAIL



UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

TRACKED ■ INSURED

VISIT US AT USPS.COM®