RETURN OF SERVICE



MERRIMACK, SS.                                          01/28/2026

    I, DEPUTY ASHLEY DAVIS, make oath that on 01/23/2026 at 10:40am, I served the within named LORI A WEAVER, in Her Individual and Official Capacities, by leaving at the office of same w/ Kelly Cote, Lori's Assistant, located at 129 Pleasant St., Concord, NH, a copy of the Summons and Complaint, attested by the Clerk of the Court.

FEES

    Service    $34.70
    Postage     3.75
    Travel      0.00
                 ―――――
TOTAL         $38.45

*Ashley J Davis*
―――――――――――――――――――――
DEPUTY ASHLEY DAVIS
Merrimack County Sheriff's Office

RETURN OF SERVICE

MERRIMACK, SS.                                              01/28/2026

I, Deputy ASHLEY DAVIS, make oath that on 01/23/2026 at 11:20am, I served the within named DEPARTMENT OF HEALTH AND HUMAN SERVICES - BUREAU OF CHILD SUPPORT SERVICES, by leaving at the office of the New Hampshire Attorney General w/ Samuel Garland, Attorney o/b/o John M. Formella, located at 1 GRANITE PL SOUTH, CONCORD, NH, a copy of the Summons and Complaint, attested by the Clerk of the Court.

FEES

| | |
|---|---|
| Service | $34.70 |
| Postage | 3.75 |
| Travel | 19.60 |
| TOTAL | $58.05 |

*Ashley Davis*
Deputy ASHLEY DAVIS
Merrimack County Sheriff's Office

RETURN OF SERVICE

MERRIMACK, SS.                                              01/28/2026

FILED - USDC -NH
2026 FEB 4 PM 1:17

   I, Deputy ASHLEY DAVIS, make oath that on 01/23/2026 at 10:55am, I served the within named SUSAN N BRISSON, In Her Individual and Official Capacities, by giving In Hand to same, a copy of the Summons and Complaint, attested by the Clerk of the Court.

FEES

    Service    $34.70
    Postage      3.75
    Travel      19.60
               _____
TOTAL          $58.05

                                    _____
                                         Deputy ASHLEY DAVIS
                                    Merrimack County Sheriff's Office