UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Matthew-Lane Hassell</u>

      v.                                        Civil No. 25-cv-550-LM-AJ

<u>Department of Health and Human Services,</u>
<u>Bureau of Child Support Services et al</u>

**O R D E R**

Before the court is "Plaintiff's Motion for Clarification" (doc. no. 9), seeking clarification of the court's January 9, 2026 Order (doc. no. 6) on Plaintiff's motion for a temporary restraining order ("TRO") and preliminary injunction, and the court's January 21, 2026 Endorsed Order denying Plaintiff's motion for reconsideration of the January 9, 2026 Order. The motion for clarification is granted in part, to the extent that the court now clarifies its rulings as follows:

- On December 31, 2025, the undersigned district judge issued an order (doc. no. 4) denying Plaintiff's motion for a TRO without prejudice, and took Plaintiff's request for a preliminary injunction under advisement.

- On January 5, 2026, Plaintiff filed a "Renewed Emergency Motion for Temporary Restraining Order and Preliminary Injunction" (doc. no. 5), and the undersigned district judge referred that motion to the magistrate judge for consideration, findings of fact, and a recommendation as to disposition under 28 U.S.C. § 636(b)(1)(B).

- On January 9, 2026, before the magistrate judge issued a report and recommendation as to the disposition of doc. no. 5, the undersigned district judge issued an order (doc. no. 6) denying Plaintiff's request for a TRO. In that Order, the court did not act on Plaintiff's request for a preliminary injunction, which remains outstanding and pending before the magistrate

judge, to be considered after the defendants are served, appear, and have an opportunity to respond to that request.

- The undersigned judge's January 9, 2026 order was a de facto revocation of the court's previous § 636(b)(1)(B) referral of doc. no. 5 to the magistrate judge, to the extent doc. no. 5 included a request for a TRO.

To the extent Plaintiff's motion seeks clarification of any matter not specifically addressed above, the motion is denied.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

February 11, 2026

cc:   Matthew-Lane Hassell, pro se

2