UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Matthew-Lane Hassell

    v.

                                 Case No. 25-cv-550-LM-AJ

NH Department of Health and Human Services,
et al

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 24, 2026.  For the reasons explained therein, Mr. Hassell's motions for preliminary injunction (Doc. Nos. 2, 5) are denied.

_____
Landya B. McCafferty
United States District Judge

Date: April 9, 2026

cc:  Matthew-Lane Hassell, pro se
      Counsel of Record